IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| SWISS RE CORPORATE SOLUTIONS AMERICA INSURANCE CORPORATION, *a Missouri insurance company, fka North American Specialty Insurance Company,*<br><br>Plaintiff,<br><br>v.<br><br>JEFF CARTER CONSTRUCTION, INC., *an Oregon Corporation*, JEFF CARTER, *an individual, and* AIMEE CARTER, *an individual,*<br><br>Defendants. | Civ. No. 6:22-cv-01696-MK<br><br>ORDER |

MCSHANE, Judge:

    Magistrate Judge Mustafa T. Kasubhai filed a Findings and Recommendation (ECF No. 17), and the matter is now before this Court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. Although Defendant did not file objections, I review *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the report is correct. Magistrate Judge Kasubhai's Findings and Recommendation (ECF No. 17) is adopted. Plaintiff's Motion for Default Judgment, Attorney Fees, Costs, Expenses, and Showing Cause Why the Action Should not be Dismissed (ECF No. 14) is GRANTED.

IT IS SO ORDERED.

1 –ORDER

DATED this 18th day of May, 2023.

       /s/ Michael J. McShane
Michael McShane
United States District Judge

2 –ORDER